# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00239-CR

### Ex parte Jonathan Douglas Holt

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-11-300005, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Jonathan Douglas Holt no longer wishes to pursue his appeal and has filed a motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellant's Motion

Filed: September 16, 2011

Do Not Publish